CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 18 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MELANIE T. WILBOURN, *Plaintiff*, | CIVIL NO. 6:08CV00025 |
| v. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | JUDGE NORMAN K. MOON |

On January 23, 2009, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment (docket no. 9, 13), and on July 31, 2009, the Judge Urbanksi filed a Report and Recommendation (docket no. 18). In the Report, Judge Urbanski recommended that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation of an award of benefits from February 9, 2005. After a review of the entire record of this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The July 31, 2009 Report shall be, and it hereby is, **ADOPTED** in its entirety;

2. This case is hereby **REMANDED** to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so **ORDERED**.

ENTER: This 18th day of August, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE